# EXHIBIT 2

CAUSE NO. 423-4966

| | | |
|---|---|---|
| SUSAN SISSOM | § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| v. | § § | 423rd JUDICIAL DISTRICT |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-SERIES-18CB, | § § § § § § § § | |
| Defendants. | § § | BASTROP COUNTY, TEXAS |

## BoNY'S ORIGINAL ANSWER

The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-Series 18CB (**BoNY**) files this original answer to the claims asserted by Susan Sissom and shows the following:

### I.   GENERAL DENIAL

1. BoNY generally denies each and every of the material allegations asserted by plaintiff in support of her claims and/or defenses in this action and, inasmuch as said allegations are questions of fact, demands strict proof thereof by a preponderance of the evidence.

### II.   AFFIRMATIVE DEFENSES

2. Plaintiff fails to state any cause of action upon which relief can be granted, and her claims fail as a matter of law.

3. Plaintiff's claims are barred, in whole or in part, for failure to perform conditions precedent, including, but not limited to, complying with the terms of the loan by making the payments required thereunder, tendering the amount necessary to reinstate the loan, and/or providing defendants with adequate, sufficient, and/or timely notice of her claims and/or demands.

4. Plaintiff's claims are barred, in whole or in part, by the parol evidence rule and statute of frauds

5. Plaintiff's claims are barred, in whole or in part, by the failure to pay or tender payment of the amounts due.

6. To the extent plaintiff is entitled to recover any damages, they are barred because she failed to mitigate them.

7. Plaintiff's claims are barred, in whole or in part, by waiver and estoppel.

8. Plaintiff's claims are barred by the doctrine of election of remedies.

9. Plaintiff's claims are barred by the doctrine of unclean hands.

10. To the extent plaintiff is entitled to recover any damages, BoNY is entitled to an offset against any benefits realized by plaintiff as a result of her failure to comply with the terms of the loan and/or attorneys' fees incurred.

### III. PRAYER

WHEREFORE, premises considered, BoNY prays plaintiff take nothing by this suit and BoNY be awarded all relief, at law or in equity, to which it may be entitled.

Date: May 12, 2017

Respectfully submitted,

/s/ C. Charles Townsend
C. Charles Townsend; SBN: 24028053
Alysia N. Carlson; SBN: 24082977
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile: 214.981.9339
charles.townsend@akerman.com
alysia.carlson@akerman.com

**ATTORNEYS FOR BoNY, as Trustee**

## CERTIFICATE OF SERVICE

      I hereby certify that on May 12, 2017, a true and correct copy of the foregoing instrument was sent via certified mail, return receipt requested, and the court's electronic filing system as follows:

**VIA ECF & CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**NO. 9414 7266 9904 2092 0123 93**
James Minerve
115 Saddle Blanket Trail
Buda, Texas 78610
Tel.: 888.819.1440
Fax: 888.230-6397
jgminerve@aol.com
*Plaintiff's attorney*

                                                                                              */s/ Alysia N. Carlson*
                                                                                              Alysia N. Carlson

Print this page

# Case # 423-4966 - In RE: Order for Foreclosure ConcerningTHE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFI (Duggan, Christopher D.)

## Case Information

| | |
|---|---|
| Location | Bastrop County 423rd District Court |
| Date Filed | 05/12/2017 05:06:32 PM |
| Case Number | 423-4966 |
| Case Description | In RE: Order for Foreclosure ConcerningTHE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFI |
| Assigned to Judge | Duggan, Christopher D. |
| Attorney | C. Townsend |
| Firm Name | Akerman LLP |
| Filed By | C. Townsend |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Party Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $0.00 |

## Payment

| | |
|---|---|
| Account Name | Dallas Office |
| Transaction Amount | $0.00 |
| Transaction Response | |
| Transaction ID | 26756344 |
| Order # | |

## Answer/Response

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | Answer/Response |

| | |
|---|---|
| Filing Description | BoNY's Original Answer |
| Reference Number | Sissom/ Pending |
| Comments | Thank you |
| Courtesy Copies | james.harvey@akerman.com |
| Status | Submitting |

**Fees**

| | |
|---|---|
| Court Fee | $0.00 |
| Service Fee | $0.00 |

**Documents**

| | | |
|---|---|---|
| *Lead Document* | Sissom, Original Answer.pdf | [Original] |

### eService Details

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| Alysia Carlson<br>alysia.carlson@akerman.com | Akerman LLP | EServe | Not Sent | No | Not Opened |
| C. Charles Townsend<br>charles.townsend@akerman.com | Akerman LLP | EServe | Not Sent | No | Not Opened |
| Jennifer Richardson<br>jennifer.richardson@akerman.com | Akerman LLP | EServe | Not Sent | No | Not Opened |
| James Minerve<br>jgminerve@aol.com | | EServe | Not Sent | No | Not Opened |