IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SUSAN SISSOM § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> THE BANK OF NEW YORK MELLON § <br> FKA THE BANK OF NEW YORK, AS § <br> TRUSTEE FOR THE § <br> CERTIFICATEHOLDERS CWALT, INC., § <br> ALTERNATIVE LOAN TRUST 2006- § <br> SERIES-18CB, § <br> § <br> Defendants. § | Civil Action No.: 1:17-CV-00451 |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE** plaintiff Susan Sissom, under Rule 41(a)(1)(A)(ii), dismisses all claims brought against defendant The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-Series 18CB in this action without prejudice.

Date:  May 16, 2017            Respectfully submitted,

                   */s/*   James Minerve
                James Minerve
                115 Saddle Blanket Trail
                Buda, Texas 78610
                Tel.: 888.819.1440
                Fax: 888.230-6397
                jgminerve@aol.com

                **ATTORNEY  FOR SUSAN SISSOM**

                - and -

*/s/ C. Charles Townsend*

C. Charles Townsend; SBN: 24028053
Alysia N. Carlson; SBN: 24082977
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile: 214.981.9339
charles.townsend@akerman.com
alysia.carlson@akerman.com

**ATTORNEYS FOR BoNY, as Trustee**
